John Tancibok, Plaintiff-Appellee, v. Pearl Davis and Theodore Davis, Defendants-Appellants.

Gen. No. 48,851.

First District, Second Division.

April 11, 1963.

Rehearing denied May 7, 1963.

Rogers, Strayhorn and Harth, by John W. Rogers, of Chicago (Howard T. Savage, of counsel), for appellants; Gerald Ryan, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.